UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STERLING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-07558-TSH<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a case management conference on March 2, 2023. However, as there is a pending motion to dismiss, the case management conference and related deadlines are **VACATED**. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge