ADANTE POINTER, ESQ., SBN 236229
PATRICK M. BUELNA, ESQ., SBN 317043
TY CLARKE, ESQ., SBN 339198
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@lawyersftp.com
Email: PBuelna@lawyersftp.com
Email: TClarke@lawyersftp.com

Attorneys for Plaintiff

**FILED**

Apr 21 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STERLING, an individual,<br><br>        Plaintiff(s),<br><br>v.<br><br>CITY OF ANTIOCH, a municipal corporation; et al.<br><br>        Defendant(s). | Case No.: 3:22-cv-07558-TSH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT** |

WHEREAS, the Court granted Defendants' Motion to Dismiss Plaintiff's Complaint without prejudice and permitted Plaintiff to file an Amended Complaint by April 20, 2023. (ECF 18)

WHEREAS, the parties are meeting and conferring over confidential information that may be included in the First Amended Complaint

WHEREAS, the parties agree that they will need an additional week to finalize their agreement.

WHEREAS, the parties JOINTLY request the Court to grant Plaintiff an extension of 7 days to allow the parties to resolve this issue and set the deadline for Plaintiff to file his First Amended Complaint by April 27, 2023.

Dated:  April 20, 23    POINTER & BUELNA, LLP
                        LAWYERS FOR THE PEOPLE

                        /s/Ty Clarke
                        TY CLARKE
                        Attorney for PLAINTIFF

Dated:  April 20, 23

                        /s/John Robinson (Auth: 4/20/23)
                        JOHN ROBINSON
                        Attorney for DEFENDANT

IT IS SO ORDERED.

DATE: April 21, 2023

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE