**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 317403**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STERLING, | Case No.: 3:22-cv-07558-TSH |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| CITY OF ANTIOCH, et al. | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, and respectfully respected, by and between Plaintiff and Defendants (hereinafter "the Parties"), by and through their designated counsel, that:

WHEREAS, Plaintiff previously settled his claims against Defendant Nicholas Gaitan. (ECF No. 57).

WHEREAS, Plaintiff has since settled his claims against Defendants City of Antioch, Ricardo Angelini, Brandon Bushby, Steven Miller, Brian Rose, and Geoffrey Morris. (ECF No. 59).

WHEREAS, these settlements constitute a resolution of all of Plaintiff's claims in the above-captioned matter.

WHEREAS, the Parties STIPUALTE TO and JOINTLY REQUEST that this Court dismiss all of Plaintiff's claims in this matter.

Dated: February 26, 2024　　　　　　　By:/s/ *Ty Clarke*
　　　　　　　　　　　　　　　　　　　　　Ty Clarke
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: February 26, 2024　　　　　　　By: s/ *Lilit Arabyan*
　　　　　　　　　　　　　　　　　　　　　Lilit Arabyan
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Nicholas Gaitan

Dated: February 26, 2024　　　　　　　By: s/ *John Robinson*
　　　　　　　　　　　　　　　　　　　　　John Robinson
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant City of Antioch,
　　　　　　　　　　　　　　　　　　　　　Ricardo Angelini, Brandon Bushby,
　　　　　　　　　　　　　　　　　　　　　Geoffrey Morris, and Steven Miller

Dated: February 26, 2024　　　　　　　By: s/ *Noah Blechman*
　　　　　　　　　　　　　　　　　　　　　Noah Blechman
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Brian Rose

**IT IS SO ORDERED.**

**DATE:**　February 26, 2024

**JUDGE THOMAS S. HIXSON**
**UNITED STATES MAGISTRATE JUDGE**

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400